1  Teresa H. Michaud (State Bar No. 296329)
     teresa.michaud@bakermckenzie.com
2  Sara Victoria M. Pitt (State Bar No. 317611)
     sara.pitt@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
4  10250 Constellation Blvd., Suite 1850
   Los Angeles, California  90067
5  Telephone: +1 310 201 4728
   Facsimile:  +1 310 201 4721
6

7  Desirée N. Hunter-Reay (State Bar No. 337150)
     desiree.hunter-reay@bakermckenzie.com
8  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
9  San Francisco, California  94111
   Telephone: +1 415 576 3000
10 Facsimile:  +1 415 576 3099

11 Attorneys for Defendants
12 LINE CORPORATION, LINE TECH PLUS PTE. LTD.,
   LINE NEXT INC. AND FINSCHIA FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHIA NETWORK INC., | Case No.: **5:23-cv-04771-PCP** |
|---|---|
| Plaintiff, | **Complaint Filed: September 15, 2023** |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| LINE CORPORATION, a Japan corporation; LINE TECH PLUS PTE. LTD., a Singapore corporation; LINE NEXT INC., a Delaware Corporation; FINSCHIA FOUNDATION, a United Arab Emirates non-profit organization; and DOES 1-20, inclusive, | |
| Defendants. | **Hon. P. Casey Pitts** |

This Stipulation is made and entered into between Plaintiff Chia Network Inc. ("Chia" or "Plaintiff"), on the one hand, and Defendants LINE Corporation ("LINE"), Tech Plus PTE. Ltd., Line Next Inc. and Finschia Foundation ("Defendants"), on the other hand (collectively, the "Parties"), by and through their respective counsel of record.

After meeting and conferring, the Parties respectfully submit this Stipulation seeking a second extension of Defendants' deadline to respond to the Complaint of September 15, 2023, presently due on January 26, 2024, by 14 days to and including **February 9, 2024**, while keeping the remaining case management deadlines as set in the Court Order of November 20, 2023 [ECF No. 21]. The purpose of the extension is to allow sufficient time to finalize the parties ongoing settlement discussions.

The Parties agree and stipulate as follows:

1. WHEREAS, on September 15, 2023, Chia filed this action against Defendants LINE, Line Tech Plus PTE. Ltd., Line Next, Inc. and the Finschia Foundation;

2. WHEREAS, on September 22, 2023, LINE filed suit against Chia, entitled *LINE Corporation, v. Chia Network Inc.,* initially assigned Case No. 3:23-cv-04874-PCP, and now Case No. 5:23-cv-04874 as a related action (the "LINE action");

3. WHEREAS, as of October 1, 2023, LINE changed its corporate name to LY Corporation;[1]

4. WHEREAS, on October 25, 2023, the Court issued an Order relating the two actions [ECF No. 18];

5. WHEREAS, on November 16, 2023, the Parties filed a Stipulation continuing the case deadlines [ECF No. 20];

6. WHEREAS, on November 20, 2023 the Court issued an Order continuing the case deadlines [ECF No. 21], as follows:

- Last day for Defendants to respond to the Complaint: January 26, 2024;

---

[1] In the event the Line Action is not resolved within the time agreed by the parties to extend Defendants' response deadlines as set forth herein, the Parties will update the case caption with the proper parties.

- Last day to meet and confer re: initial disclosures, early settlement, ADR, process selection, and discovery plan: February 13, 2024;
- Last day to file ADR Certification: February 13, 2024;
- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement: February 27, 2024; and
- Initial Case Management Conference: March 14, 2024 at 1:00 p.m., or such other time thereafter that the Court is available.

7. WHEREAS, the Parties have been in discussions regarding a potential informal resolution of this action and the Chia Action;

8. WHEREAS, the Parties need additional time to finalize a written settlement agreement, and would prefer to do so without incurring further litigation costs in the interim, and so have agreed to seek a two-week extension (14 days) of their respective deadlines from January 26, 2024 to February 9, 2024;

9. WHEREAS, this is the second Stipulation which the Parties entered into for an extension of time for Defendants to respond to the Complaint;

10. WHEREAS, this Stipulation is entered into in good faith and in the interest of maximizing efficiency and conserving time and judicial resources; and

11. By entering in this Stipulation, the Parties expressly reserve and do not waive any and all rights, arguments and defenses, including but not limited to those based on jurisdiction and venue.

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby STIPULATE and AGREE as follows:

1. Defendant's deadline to respond to the Complaint in this action shall be extended from January 26, 2024 to February 9, 2024;
2. All the other case management deadlines set in the Court Order of November 20, 2023 shall remain as set [ECF No. 21].

IT IS SO AGREED AND STIPULATED.

Dated:  January 26, 2024                                Respectfully submitted,

                                                           **BAKER & McKENZIE LLP**

By: */s/ Teresa H. Michaud*
      Teresa H. Michaud
      Sara Victoria M. Pitt
      Desirée N. Hunter-Reay

Attorneys for Defendants
LINE CORPORATION, LINE TECH PLUS PTE. LTD., LINE NEXT INC., and FINSCHIA FOUNDATION

Dated:  January 26, 2024                                **DUANE MORRIS LLP**

By: */s/ Meghan C. Killian*
      Mark A. Steiner
      Robert J. Nolan
      Meghan C. Killian

Attorneys for Defendant
CHIA NETWORK INC.

### FILER'S ATTESTATION OF CONCURRENCE

I, Teresa H. Michaud, pursuant to Local Rule 5-1, attest that I am counsel for Defendants LINE CORPORATION, LINE TECH PLUS PTE. LTD., LINE NEXT INC. and FINSCHIA FOUNDATION.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Date: January 26, 2024                                **BAKER & McKENZIE LLP**

By:     */s/ Teresa H. Michaud*
        Teresa H. Michaud

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, and upon stipulation by Parties and their attorneys of record, the following deadlines shall be continued as follows:

1. The deadline for Defendants LINE CORPORATION, LINE TECH PLUS PTE. LTD., LINE NEXT INC. and FINSCHIA FOUNDATION to respond to the Complaint shall be extended by 14 days, from January 26, 2024 up to and until February 9, 2024.

2. The previously scheduled Case Management deadlines as set forth in the Court's Order Continuing Case Deadlines of November 20, 2023 [ECF No. 11] shall remain as set.

**IT IS SO ORDERED**.

Dated: January 29, 2024

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE