1  Teresa H. Michaud (State Bar No. 296329)
     teresa.michaud@bakermckenzie.com
2  Sara Victoria M. Pitt (State Bar No. 317611)
     sara.pitt@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
4  10250 Constellation Blvd., Suite 1850
   Los Angeles, California  90067
5  Telephone: +1 310 201 4728
   Facsimile:  +1 310 201 4721
6

7  Desirée N. Hunter-Reay (State Bar No. 337150)
     desiree.hunter-reay@bakermckenzie.com
8  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
9  San Francisco, California  94111
   Telephone: +1 415 576 3000
10 Facsimile:  +1 415 576 3099

11 Attorneys for Defendants
12 LINE CORPORATION, LINE TECH PLUS PTE. LTD.,
   LINE NEXT INC. AND FINSCHIA FOUNDATION

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| CHIA NETWORK INC., | **Case No.: 5:23-cv-04771-PCP** |
| Plaintiff, | **Complaint Filed: September 15, 2023** |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| LINE CORPORATION, a Japan corporation; LINE TECH PLUS PTE. LTD., a Singapore corporation; LINE NEXT INC., a Delaware Corporation; FINSCHIA FOUNDATION, a United Arab Emirates non-profit organization; and DOES 1-20, inclusive, | |
| Defendants. | **Hon. P. Casey Pitts** |

This Stipulation is made and entered into between Plaintiff Chia Network Inc. ("Chia" or "Plaintiff"), on the one hand, and Defendants LINE Corporation ("LINE"), Tech Plus PTE. Ltd., Line Next Inc. and Finschia Foundation ("Defendants"), on the other hand (collectively, the "Parties"), by and through their respective counsel of record.

After meeting and conferring, the Parties respectfully submit this Stipulation seeking a second extension of Defendants' deadline to respond to the Complaint of September 15, 2023, presently due on February 9, 2024, by seven (7) days to and including **February 16, 2024**, while requesting a slight modification to the existing case management deadlines as set in the Court Order of November 20, 2023 [ECF No. 21]. The purpose of the extension is to allow sufficient time for the Parties to finalize the signature phase of their settlement agreement.

The Parties agree and stipulate as follows:

1. WHEREAS, on September 15, 2023, Chia filed this action against Defendants LINE, Line Tech Plus PTE. Ltd., Line Next, Inc. and the Finschia Foundation;

2. WHEREAS, on September 22, 2023, LINE filed suit against Chia, entitled *LINE Corporation, v. Chia Network Inc.,* initially assigned Case No. 3:23-cv-04874-PCP, and now Case No. 5:23-cv-04874 as a related action (the "LINE Action");

3. WHEREAS, as of October 1, 2023, LINE, as a result of a merger with third parties, changed its corporate name to LY Corporation;[1]

4. WHEREAS, on October 25, 2023, the Court issued an Order relating the two actions [ECF No. 18];

5. WHEREAS, on November 16, 2023, the Parties filed a Stipulation continuing the case deadlines [ECF No. 20];

6. WHEREAS, on November 20, 2023 the Court issued an Order continuing the case deadlines [ECF No. 21], as follows:

- Last day for Defendants to respond to the Complaint: January 26, 2024;

---

[1] In the event the Line Action is not resolved within the time agreed by the parties to extend Defendants' response deadlines as set forth herein, the Parties will update the case caption with the proper parties.

- Last day to meet and confer re: initial disclosures, early settlement, ADR, process selection, and discovery plan: February 13, 2024;
- Last day to file ADR Certification: February 13, 2024;
- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement: February 27, 2024; and
- Initial Case Management Conference: March 14, 2024 at 1:00 p.m., or such other time thereafter that the Court is available.

7. WHEREAS, on January 26, 2024, the parties, who were in settlement discussions, stipulated to and were granted a 14-day extension of time to respond to the Complaint until and including February 9, 2024 [ECF No. 23].

8. WHEREAS, the Parties have reached a settlement agreement and are currently finalizing the signature phase of this agreement to conclude the resolution of this action and the LINE Action;

9. WHEREAS, the Parties need additional time to finalize the signature phase of the settlement agreement and have agreed to seek a one-week extension (7 days) of their respective deadlines, from February 9, 2024 to February 16, 2024;

10. WHEREAS, this is the third Stipulation which the Parties entered into for an extension of time for Defendant to respond to the Complaint;

11. WHEREAS, this Stipulation is entered into in good faith and in the interest of maximizing efficiency and conserving time and judicial resources; and

12. By entering in this Stipulation, the Parties expressly reserve and do not waive any and all rights, arguments and defenses, including but not limited to those based on jurisdiction and venue.

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby STIPULATE and AGREE as follows:

1. Defendant's deadline to respond to the Complaint in this action shall be extended from February 9, 2024 to **February 16, 2024**;

2. All the other case management deadlines set in the Court Order of November 20, 2023 [ECF No. 21] shall be slightly modified as follows:

- Last day to meet and confer re: initial disclosures, early settlement, ADR, process selection, and discovery plan: continued from February 13, 2024 to February 20, 2024;
- Last day to file ADR Certification: continued from February 13, 2024 to February 20, 2024;
- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement: continued from February 27, 2024 to March 5, 2024; and
- Initial Case Management Conference: continued from March 14, 2024 at 1:00 p.m. to March 21, 2024 at 1:00 p.m., or such other time thereafter that the Court is available.

IT IS SO AGREED AND STIPULATED.    Respectfully submitted,

Dated: February 8, 2024

**BAKER & McKENZIE LLP**

By: */s/ Teresa H. Michaud*
Teresa H. Michaud
Sara Victoria M. Pitt
Desirée N. Hunter-Reay

Attorneys for Defendants
LINE CORPORATION, LINE TECH PLUS PTE. LTD., LINE NEXT INC., and FINSCHIA FOUNDATION

Dated: February 8, 2024    **DUANE MORRIS LLP**

By: */s/ Meghan C. Killian*
Mark A. Steiner
Robert J. Nolan
Meghan C. Killian

Attorneys for Defendant
CHIA NETWORK INC.

# FILER'S ATTESTATION OF CONCURRENCE

I, Teresa H. Michaud, pursuant to Local Rule 5-1, attest that I am counsel for Defendants LINE CORPORATION, LINE TECH PLUS PTE. LTD., LINE NEXT INC. and FINSCHIA FOUNDATION.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Date: February 8, 2024                             **BAKER & McKENZIE LLP**

                                By:    */s/ Teresa H. Michaud*
                                       Teresa H. Michaud

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, and upon stipulation by Parties and their attorneys of record, the following deadlines shall be continued as follows:

1. The deadline for Defendants LINE CORPORATION, LINE TECH PLUS PTE. LTD., LINE NEXT INC. and FINSCHIA FOUNDATION to respond to the Complaint shall be extended by seven (7) days, from February 9, 2024 up to and until **February 16, 2024**.

2. The previously scheduled Case Management deadlines as set forth in the Court's Order Continuing Case Deadlines of November 20, 2023 [ECF No. 21] shall be modified as follows:

   - Last day to meet and confer re: initial disclosures, early settlement, ADR, process selection, and discovery plan:

     continued from February 13, 2024 to February 20, 2024;

   - Last day to file ADR Certification:

     continued from February 13, 2024 to February 20, 2024;

   - Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement:

     continued from February 27, 2024 to March 5, 2024; and

   - Initial Case Management Conference:

     continued from March 14, 2024 at 1:00 p.m. to ~~March 21, 2024~~ at 1:00 p.m., or such other time thereafter that the Court is available.

     April 4, 2024

**IT IS SO ORDERED**.

Dated: February 9, 2024

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE